# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-10645
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 19, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN PEREZ-MANUEL,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:13-CR-2-1

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:[*]

Juan Perez-Manuel (Perez) appeals the sentence imposed following his guilty plea conviction for illegal reentry following deportation, in violation of 8 U.S.C. § 1326. He contends that the district court erroneously imposed a three-year term of supervised release to follow his 16-month prison term without providing sufficient reasons why supervised release was necessary in his case.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-10645

Perez has completed his term of imprisonment, has been released from custody, and has been removed to Mexico. The appeal of his sentence is therefore moot. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382-83 (5th Cir. 2007). Accordingly, the appeal is DISMISSED.